In the Matter of OSNARDO DRAGO, Petitioner, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.